| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>DAVID B. GOLUBCHIK (SBN 185520)<br>MICHELLE S. GRIMBERG (SBN 217327)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244 |   FILED<br>CLERK, U.S. DISTRICT COURT<br>JUN 27 2014<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY         DEPUTY |

ATTORNEY(S) FOR: Defendants iKarma, Inc. and Pulin Tania

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN A. DYE,<br>Chapter 7 Trustee,<br><br>                                              Plaintiff(s),<br>v.<br>IKARMA, INC., a California corporation; PULIN TANIA, an individual; et al.<br><br>                                              Defendant(s) | CASE NUMBER:<br><br>5:14-CV-1316 JGB-MAN<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendants iKarma, Inc. and Pulin Tania _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| N/A | N/A |

6/27/2014
Date

/s/s Michelle S. Grimberg
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants iKarma, Inc. and Pulin Tania

CV-30 (05/13)                        NOTICE OF INTERESTED PARTIES

**ORIGINAL**