DAVID B. GOLUBCHIK (SBN 185520)
MICHELLE S. GRIMBERG (SBN 217327)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyb.com; msg@lnbyb.com

Attorneys for Defendants
iKarma, Inc. and Pulin Tania

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>EL PASEO JEWELRY, INC.,<br><br>                  Debtor.<br>_____<br>CAROLYN A. DYE,<br><br>     Chapter 7 Trustee,<br><br>                  Plaintiff,<br><br>          v.<br><br>IKARMA, INC., a California corporation; PULIN TANIA, an individual; et al.<br><br>                  Defendants. | Case No. 2:13-bk-34228-BB<br><br>[Chapter 7]<br><br>Bankruptcy Case Adversary No.: 2:14-ap-01391-BB<br><br>Central District Case No. EDCV 14-1316 JGB MANx<br><br>**DEFENDANTS IKARMA AND PULIN TANIA'S RESPONSE RE WHY PETITION FOR WRIT OF MANDAMUS SHOULD NOT BE DEEMED MOOT PER THIS COURT'S MINUTE ORDER DATED JULY 24, 2014** |

1

Defendants iKarma Inc. and Pulin Tania, an individual (collectively, "Defendants") hereby submit the Defendants' iKarma, Inc. and Pulin Tania's Response Re Why Petition For Writ of Mandamus Should Not Be Deemed Moot Per this Court's Minute Order Dated July 24, 2014.

## I.

## THE WRIT OF MANDAMUS IS NOT RENDERED MOOT BY THE PRELIMINARY INJUNCTION

The Temporary Restraining Order ("TRO") issued by the bankruptcy court on June 30, 2014 is not rendered moot by the Preliminary Injunction issued by the bankruptcy court on July 9, 2014 and extended orally by the bankruptcy court on July 30, 2014 (the "PI Order")[1] for several reasons.  First, "[t]he test for mootness of an appeal is whether the appellate court can give the appellant any effective relief in the event that it decides the matter on the merits in his favor. If it can grant such relief, the matter is not moot." Garcia v. Lawn, 805 F.2d 1400, 1402 (9th Cir.1986); see also Pub. Util. Comm'n of the State of Cal. v. FERC, 100 F.3d 1451, 1458 (9th Cir.1996) ("The court must be able to grant effective relief, or it lacks jurisdiction and must dismiss the appeal."). The preliminary injunction did not preclude the possibility of granting Defendants effective relief with respect to the TRO.  In fact, if the TRO injunction is vacated, Defendant iKrama will no longer be subject to enforcement proceedings for any alleged failure to comply with the TRO.  See World Wide Rush, LLC v. City of Los Angeles, 606 F.3d 676, 689 (9th Cir. 2010) (vacatur of injunction voids civil contempt); Kirkland v. Legion Ins. Co., 343 F.3d 1135, 1142-43 (9th Cir. 2003) (because order was abuse of discretion, corresponding contempt order cannot stand); Davies v. Gorssmont Union High School District, 930 F.2d 1390, 1394 (9th Cir. 1991) (legitimacy of

---

[1] The Bankruptcy Court has extended the PI Order through September 10, 2014.

contempt adjudication is based on validity of underlying order); Scott & Fitzer Co. v. Dile, 643 F.2d 670, 675 (9th Cir. 1981) (civil contempt falls if underlying injunction is invalided).

On or about July 16, 2014, Plaintiff filed a Supplemental Opposition to Motion for Stay of Order For Temporary Restraining Order and Order to Show Cause re Issuance of Preliminary Injunction [Docket No. 10]. The only basis for this supplemental opposition is the Trustee's contention that the Stay Motion and related Writ of Mandamus are moot because the Temporary Restraining Order and Order to Show Cause re Preliminary Injunction have been superseded by the Bankruptcy Court's entry of the Preliminary Injunction. At that time and at the time this Court issued its Minute Order Ordering Petitioners to Show Cause by August 4, 2014 Why the Petition Should Not Be Denied as Moot, the Trustee was only threatening sanctions but did not actually file any contempt proceedings against Defendants. However, circumstances have changed as made clear by the Trustee's Reply to Opposition To Emergency Motion For Extension of Preliminary Injunction filed by the Trustee on July 29, 2014. This Reply makes it clear that the Trustee is in fact going to, in no uncertain terms, seek civil sanctions against Defendants in short order. In fact, the Reply goes as far as to state that those proceedings are in the works. See Reply [Bankruptcy Court Docket No. 84].

Therefore, the TRO which in part is still in effect through the imposition of the PI Order is not moot because the Trustee is seeking shortly sanctions associated with civil contempt proceedings directly resulting from alleged violations of the TRO.

Second, the TRO was not superseded by the PI Order. As set forth in Serv. Emps. Int'l Union v. Nat'l Union of Healthcare Workers, 598 F.3d 1061, 1068 (9th Cir. 2010), a determining factor in deciding whether a TRO is superseded by a preliminary injunction is whether the preliminary injunction explicitly reserved a

3

portion of the TRO. Here, the PI Order explicitly preserved a portion of the TRO terms as still effective after issuance of the injunction, which is reflected in the next two redlined paragraphs which show those terms in the TRO which are repeated in the preliminary injunction:

> 1. Except for merchandise sold in the ordinary course of business, that defendant iKarma, ~~Inc.~~ is <u>hereby</u> restrained <u>and enjoined</u> from <u>directly or indirectly</u> removing any jewelry merchandise presently in its possession from its store located at 73-375 El Paseo, Suite O, in Palm Desert, California ("the El Paseo store"). This provision shall be effective until July ~~7,~~<u>28,</u> 2014 at 2:00 p.m. or until such earlier time as the parties so stipulate.
>
> 2. That defendant iKarma is restrained <u>and enjoined</u> from <u>directly or indirectly</u> transferring any purchased gold either for purposes of smelting the gold or sale to third parties and removing any purchased gold now in the El Paseo store to another location. If <u>the</u> purchased gold is already at another location, it is to be relocated either to the El Paseo store or to iKarma's offices in Los Angeles. This provision shall be effective until ~~the trustee has had one full day to inspect iKarma's inventory of purchased gold and related documents but in no event past July 3, 2014.~~<u>July 28, 2014 at 2:00 p.m. or until such time as the Parties so stipulate.</u>

Thus, it seems the TRO has not expired and remains enforceable, at least in part. <u>Compare</u> <u>Am. Tunaboat Ass'n v. Brown,</u> 67 F.3d 1404, 1407 (9th Cir.1995) (holding plaintiff's appeal of the denial of a preliminary injunction moot where defendant's directive no longer in effect), with <u>Negrete v. Allianz Life Ins. Co of North America</u>, 523 F.3d 1091, 1098 (9th Cir. 2008) (holding appeal from

injunction not moot where the order remained viable and enforceable against the defendant).

Since the terms of the TRO were not completely superseded by the preliminary injunction and in fact remain enforceable and some of them remain in force through repetition in the PI Order and because there remains the possibility of providing Defendants effective relief, the Writ of Mandamus is not moot.

## II.
## **CONCLUSION**

Based on the foregoing, Defendants submit that the Writ of Mandamus is not moot and Defendants request that this Court render a decision on the merits of the Writ.

Respectfully submitted,

Dated: August 1, 2014

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: */s/ Michelle S. Grimberg*
David B. Golubchik
Michelle S. Grimberg
Attorneys for Defendants
iKarma, Inc. and Pulin Tania

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Blvd., Ste. 1700, Los Angeles, California 90067.

On August 1, 2014, I served the foregoing documents described as:

**DEFENDANTS IKARMA AND PULIN TANIA'S RESPONSE RE WHY PETITION FOR WRIT OF MANDAMUS SHOULD NOT BE DEEMED MOOT PER THIS COURT'S MINUTE ORDER DATED JULY 24, 2014**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

__X__ (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail to the offices of the addressee. Executed on August 1, 2014, at Los Angeles, California.

See Attached Service List

_____ (By Federal Express/Overnight Mail) I caused such envelope to be delivered by Overnight Mail next business day. Executed on _____, at Los Angeles, California.

__X__ (By Email) I served the following persons and/or entities by email on August 1, 2014 as follows:

_____ (By Personal Service) I caused such envelope to be delivered by personal service via Attorney Service for next day early morning delivery. Executed on _____, at Los Angeles, California.

__X__ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   X  (Federal) I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                                             */s/ Stephanie Reichert*
                                                Stephanie Reichert

<u>Via U.S. Mail</u>:

| | |
|---|---|
| Carolyn A. Dye, Chapter 7 Trustee<br>3435 Wilshire Blvd, Suite 990<br>Los Angeles, CA 90010 | James A. Dumas<br>Christian T. Kim<br>Dumas and Associates<br>3435 Wilshire Boulevard, Suite 990<br>Los Angeles, CA 90010 |
| Abe Abrahamoff Diamond Importer, Inc.<br>550 S. Hill Street, Ste. 1525<br>Los Angeles, CA 90013 | A&S Jewelry, Inc.<br>712 S. Olive Street, Ste. 205<br>Los Angeles, CA 90013 |
| Alfa Jewelry<br>635 S. Hill Street, Ste 609<br>Los Angeles, CA 90014 | Adler Trading Company, Inc.<br>550 S. Hill Street, Ste. 1384<br>Los Angeles, CA 90013 |
| Allied International, Inc.<br>550 S. Hill Street, Ste. 925<br>Los Angeles, CA 90013 | Allied Creations<br>550 S. Hill Street, Ste. 925<br>Los Angeles, CA 90013 |
| Comex, Inc.<br>650 S. Hill Street, Ste. 629<br>Los Angeles, C 90014 | Allied Creations, Inc.<br>21285 Chirping Sparrow Rd.<br>Diamond Bar, CA 91765 |
| Diamond Express Corp.<br>550 S. Hill Street, Ste. 1389<br>Los Angeles, CA 90013 | Diamond Days, Inc.<br>267 Country Ridge Rd.<br>Scarsdale, NY 10583 |
| Eureka J. Corporation<br>550 S. Hill Street, Ste. 594<br>Los Angeles, CA 90013 | Earth Star Imports, Inc.<br>550 S. Hill Street, Ste. 1409<br>Los Angeles, CA 90013 |
| Gem Art aka Gem Art, Inc.<br>608 S. Street, Ste. 1112<br>Los Angeles, CA 90014 | Excellent Diamonds and Jewelry, Inc.<br>550 S. Hill Street, Ste. 1340<br>Los Angeles, CA 90013 |
| Yoonise Gidanian<br>550 S. Hill Street, Ste. 1373<br>Los Angeles, CA 90013 | Gemstar, Inc.<br>550 S. Hill Street, Ste. 810<br>Los Angeles, CA 90013 |

Interings, Inc.
450 Seventh Avenue, Suite 1909
New York, NY 10123

Karkour Fine Jewelry, Inc.
628 and 628 ½ South Hill Street
Los Angeles, CA 90014

Kim Tho Gold 999.9
aka Kim Tho Gold
650 S. Hill Street, Ste. 211
Los Angeles, CA 90014

M.I.D. House of Diamonds
608 S. Olive St, Ste 1000
Los Angeles, Ca 90014

Armen Mkhitarian
712 South Olive Street
Los Angeles, CA 90014

Prism Diamonds, Inc.
550 S. Hill Street, Ste. 1360
Los Angeles, CA 90013

Sako Simityan
712 South Olive Street
Los Angeles, CA 90014

Universal Gems of California
550 S. Hill Street, Ste. 925
Los Angeles, CA 90013

Sunjil Kumar Jain
White Color Gems
550 S. Hill Street, Ste. 925
Los Angeles, CA

Horizon Diamonds, Inc.
550 S. Hill Street, Ste. 880
Los Angeles, CA 90013

K. Gems, Inc.
550 S. Hill Street, Ste. 1047
Los Angeles, CA 90013

KFJ Trading, Inc.
628 S. Hill Street
Los Angeles, CA 90014

Kothari and Company, Inc.
550 S. Hill Street, Ste. 1220
Los Angeles, CA 90013

Marquise & Tappers
608 S. Hill Street, Ste. 1204
Los Angeles, CA 90014

Scott J. Nord
500 N. Brand Blvd., Ste. 550
Glendale, CA 91203

Reflections Diamonds, Inc.
550 S. Hill Street, Ste. 850
Los Angeles, CA 90014

Sing Jewelry, Inc.
625 S. Hill Street, Ste. B60
Los Angeles, CA 90014

White Color Gems
550 S. Hill Street, Ste. 925
Los Angeles, CA 90013